IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ARMANDO REYES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-05-487 |
| | § | |
| JOHN E. POTTER, | § | |
| Postmaster General U.S. Postal Service | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that the Defendant's Motion to Dismiss (Instrument no. 12) is **GRANTED** and that the Complaint of Plaintiff, Armando Reyes, is **DISMISSED, without prejudice, for lack of jurisdiction.**

This is a **FINAL JUDGMENT.**

DONE at Galveston, Texas this 21st day of March, 2006.

_____
Samuel B. Kent
United States District Judge